IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIK ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 08-cv-1534 |
| | ) |
| ACL TRANSPORTATION SERVICES, LLC. | ) |
| | ) |
| Defendant. | ) |

### NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Defendant ACL Transportation Services, LLC, by its attorneys Shari L. Friedman and Warren J. Marwedel of Marwedel, Minichello & Reeb, P.C, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states that the parent corporation of Defendant is American Commercial Lines, Inc. No publicly held corporation owns 10% or more of the stock of Defendant.

Respectfully submitted,

ACL TRANSPORTATION SERVICES, LLC

By: ___/s/ Shari L. Friedman___
Warren J. Marwedel (01785109)
Shari L. Friedman (06193095)
Marwedel, Minichello & Reeb, P.C.
10 S. Riverside Plaza, Suite 720
Chicago, IL 60606
(312) 902-1600 – Phone
(312) 902-9900 – Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIK ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 08-cv-1534 |
| | ) |
| ACL TRANSPORTATION SERVICES, LLC. | ) |
| | ) |
| Defendant. | ) |

## Certificate of Service

Shari L. Friedman, an attorney, certifies that on May 20, 2008, she caused a true and correct copy of NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT to be electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, via its CM/ECF System, who sent notice of said filing electronically to:

**Dennis M. O'Bryan**
O'Bryan, Baun Cohen Kuebler Karamanian
401 South Old Woodward
Suite 320
Birmingham, MI 48009
Email: dob@obryanlaw.net

**Frederic A. Mendelsohn**
Burke, Warren, MacKay & Serritella PC
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611
Email: fmendelsohn@burkelaw.com

/s/ Shari L. Friedman
Shari L. Friedman, Esq.