## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Erik Roberts

                      Plaintiff,

v.                                        Case No.: 1:08−cv−01534
                                                Honorable Joan B. Gottschall

ACL Transportation Services, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held on 8/13/2008, ( Initial disclosures by both parties shall be served on or before 9/5/2008., All fact discovery, both written and oral, ordered closed by 11/28/2008., Status hearing set for 10/1/2008 at 09:30 AM.) The court adopts the parties' joint discovery plan. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.